# Third District Court of Appeal
## State of Florida

Opinion filed April 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2220
Lower Tribunal No. F13-25181
_____

**Audley Charlton,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Audley Charlton, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.